# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN J. TURCHI, JR. AND MARY ELIZABETH TURCHI, | : No. 378 EAL 2015 |
| | : |
| Respondents | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| PHILADELPHIA BOARD OF LICENSE AND INSPECTION REVIEW, AND CONCERNED CITIZENS IN OPPOSITION TO DILWORTH HOUSE DEVELOPMENT, | : |
| | : |
| Petitioners | : |
| | : |
| JOHN J. TURCHI, JR. AND MARY ELIZABETH TURCHI, | : |
| | : |
| Respondents | : |
| | : |
| v. | : |
| | : |
| PHILADELPHIA BOARD OF LICENSE AND INSPECTION REVIEW, AND SOCIETY HILL CIVIC ASSOCIATION, BENITA FAIR-LANGSDORF, MATTHEW DIJULIO, AND DONALD E. HAVILAND, ESQUIRE, | : |
| | : |
| Petitioners | : |
| | : |
| APPEAL OF: JOHN J. TURCHI, JR. AND MARY ELIZABETH TURCHI | : |

# ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.